United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to: cases nos. 03-0351, 03-0356, 03-0403, 03-0442, 03-0458, 03-0469, 03-0842<br>_____/ | Master File No. C-03-0283 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |

    The following cases have been consolidated for all further proceedings with <u>In re Veritas Software Corporation Securities Litigation</u>, C-03-0283 MMC:

    <u>Sved v. Veritas Software Corp.</u>, C-03-0351 MMC
    <u>Girgis v. Veritas Software Corp.</u>, C-03-0356 MMC
    <u>Albstein v. Veritas Software Corp.</u>, C-03-0403 MMC
    <u>Brannon v. Veritas Software Corp.</u>, C-03-0442 MMC
    <u>Colbert Bernet L.P. v. Veritas Software Corp.</u>, C-03-0458 MMC
    <u>Malone v. Veritas Software Corp.</u>, C-03-0469 MMC
    <u>Weinstein v. Veritas Software Corp.</u>, C-03-0842 MMC

    As all ongoing matters are being filed in case no. C-03-0283 MMC, there appears to be no reason at this time to maintain the remainder of the cases as open files for statistical purposes. Accordingly, said cases are hereby CLOSED for statistical purposes only.

    Nothing contained in this order shall be considered a dismissal or disposition of these actions, and, should further proceedings become necessary or desirable, any party

/ /

1 | may initiate them in the same manner as if this order has not been entered.
2 | **IT IS SO ORDERED.**
3 | Dated: August 5, 2005

_Maxine M. Chesney_
Maxine M. Chesney
United States District Judge